### 6343.   BROWN *v.* THE STATE.

RUSSELL, C. J.   1.   Under the decision in the case of *Tate* v. *State,* 46 *Ga.* 148 (1), and the peculiar facts in this case, it was not harmful error for the court to give in charge to the jury the law of justifiable homicide.

2. The credibility of witnesses is a question for the jury, and even though a witness may admit having previously sworn falsely regarding the facts and circumstances attendant upon an occurrence, he may still be believed by the jury if such an explanation of the reasons for the false testimony be given as is reasonable and satisfactory to them. *Jolly* v. *State,* 5 *Ga. App.* 554 (63 S. E. 520); *Chapman* v. *State,* 8 *Ga. App.* 842 (70 S. E. 188); *Brown* v. *State,* 10 *Ga. App.* 50 (72 S. E. 537); *Powell* v. *State,* 122 *Ga.* 571 (50 S. E. 369); *Chandler* v. *State,* 124 *Ga.* 821 (53 S. E. 91).

3. The evidence authorized the verdict, and there was no error in overruling the motion for a new trial.          .          *Judgment affirmed.*

Conviction of manslaughter; from Pulaski superior court—Judge Graham.   January 21, 1915.

*M. H. Boyer,* for plaintiff in error.

*W. A. Wooten, solicitor-general,* contra.

---

### 6437.   MATTHEWS & SON *v.* RICHARDS.

RUSSELL, C. J.   The trial judge having expressed an opinion not only as to what was testified by one of the witnesses, but also as to its meaning and effect, the grant of a new trial was demanded, under the provisions of section 4863 of the Civil Code. Other irregularities in the trial (some of which might have been avoided or cured by timely invoking from the court appropriate redress) are not likely to recur upon another investigation, and therefore will not be discussed.          °

*Judgment reversed.*

DECIDED DECEMBER 6, 1915.

Complaint; from city court of Cartersville—Judge Moon.   February 18, 1915.

*W. T. Townsend,* for plaintiffs.

*J. R. Whitaker,* for defendants.